

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        In re World Tech Aviation, LLC, Relator

Appellate case number:     01-17-00771-CV

Trial court case number:    2017-33283

Trial court:                215st District Court of Harris County

On October 11, 2017, relator, World Tech Aviation, LLC, filed a petition for writ of mandamus seeking to vacate the respondent trial judge's September 25, 2017 order denying relator's motion to compel the real party in interest TWC Aviation, Inc.'s response to relator's request for production of certain discovery documents, and to compel respondent to grant that motion. Relator has included an appendix with its petition. *See* TEX. R. APP. P. 52.7.

The Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
                    ☒  Acting individually     ☐  Acting for the Court
Date: October 17, 2017